**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter  11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | South Regency Shops, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-4381504 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9296 Metcalf Avenue<br>Overland Park, KS 66212 | PO Box 24193<br>Overland Park, KS 66283 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Johnson | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     None

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 6512

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

 ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |
| | | | |

Debtor  South Regency Shops, LLC
           Name

Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____

District _____  When _____

Relationship _____

Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

**Case 25-20140    Doc# 1    Filed 02/10/25    Page 3 of 42**

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | South Regency Shops, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | South Regency Shops, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 8, 2025
                 MM / DD / YYYY

**X** /s/ Veeral Bhoot                Veeral Bhoot
Signature of authorized representative of debtor     Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ Colin Gotham            Date   February 8, 2025
Signature of attorney for debtor                      MM / DD / YYYY

Colin Gotham KS#19538; MO#52343
Printed name

Evans & Mullinix, P.A.
Firm name

7225 Renner Road, Suite 200
Shawnee, KS 66217
Number, Street, City, State & ZIP Code

Contact phone   (913) 962-8700     Email address   cgotham@emlawkc.com

KS#19538; MO#52343 KS
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | South Regency Shops, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Belle Vie Fitness, LLC d/b/a Eat the Frog Fitness 3805 SW Clarion Park Drive Topeka, KS 66610 | | Arbitration Award | Contingent Disputed | | | $969,782.82 |
| Sonal Bhoot 14109 Overbrook Road, Suite A Overland Park, KS 66224 | | Shopping Complex 9296 Metcalf Avenue, Overland Park, Kansas | | $561,000.00 | $810,000.00 | $426,000.00 |
| Murphy Law Corporate Woods, Building 84 10801 Mastin Street, Suite 790 Overland Park, KS 66210 | | Services Provided | | | | $148,578.76 |
| Commercial Doors Inc. 7553 Spruce Avenue Kansas City, MO 64132 | | Services Provided | Disputed | | | $50,540.28 |
| Stephen P. Maslan & Company 8011 Paseo, Suite 201 Kansas City, MO 64131 | | Engineering & General Contracting | | | | $30,000.00 |
| Hill Heating and Cooling, LLC 904 East Loula Street, B Olathe, KS 66061 | | Services Provided | Contingent Disputed | | | $28,995.00 |

| Debtor | South Regency Shops, LLC | Case number *(if known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Block & Company, Inc. 605 West 14th Street, Suite 200 Kansas City, MO 64112 | | Services Provided re: Belle Vie Fitness, LLC d/b/a Eat the Frog Fitness | Contingent Disputed | | | $22,632.01 |
| Lentell Law Firm 9233 Ward Parkway Kansas City, MO 64114 | | Services Provided | | | | $15,524.00 |
| Rodina Company, Inc. 1204 North 59th Street Kansas City, KS 66102 | | Services Provided | Contingent Disputed | | | $14,200.00 |
| Expressions Investment Property Management Co. PO Box 24193 Overland Park, KS 66283 | | Services Provided | | | | $12,500.00 |
| Block & Company, Inc. 605 West 14th Street, Suite 200 Kansas City, MO 64112 | | Services Provided re: District One Athletics, LLC | Contingent Disputed | | | $10,443.69 |
| Johnson County Treasurer's Office 111 S. Cherry Ste 1500 Olathe, KS 66061 | | Shopping Complex 9296 Metcalf Avenue, Overland Park, Kansas | | $10,438.29 | $810,000.00 | $10,438.29 |
| Sebastian Rivas Contractor 6519 Claremont Avenue Kansas City, MO 64133 | | Services Provided | | | | $9,088.00 |
| Bank of America Attn: Bankruptcy PO Box 660441 Dallas, TX 75266-0441 | | Credit Card Purchases | | | | $5,000.00 |
| Heating and Cooling Services Attn: Omar Rodriguez 2509 Layfayette Avenue Kansas City, KS 66104 | | Services Provided | | | | $3,660.00 |

| Debtor | South Regency Shops, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lexitas PO Box 734298 Dept. 2023 Dallas, TX 75373-4298 | | Services Provided | | | | $2,520.20 |
| Woodworth Snow, LLC 7200 West 132nd Street Suite 320 Overland Park, KS 66213 | | Services Provided | Contingent Disputed | | | $2,355.00 |
| Evergy Inc PO Box 11739 Kansas City, MO 64138 | | Utility Service | | | | $2,314.62 |
| Planet Depos PO Box 791571 Baltimore, MD 21279-1571 | | Services Provided | | | | $1,726.90 |
| Evergy Inc PO Box 11739 Kansas City, MO 64138 | | Utility Service | | | | $1,369.19 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>South Regency Shops, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking Account | | $800.00 |
| 3.2. | Bank of America | Deposit Account | | $4,047.19 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $4,847.19 |
   |---|

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

2m 10/25 3:14PM

Debtor __South Regency Shops, LLC_____     Case number *(If known)* _____
          Name

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Shopping Complex<br>9296 Metcalf Avenue,<br>Overland Park, Kansas | Fee simple | $0.00 | Liquidation | $810,000.00 |

**56.     Total of Part 9.**                                                                                    | $810,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    South Regency Shops, LLC        Case number *(If known)* _____
       Name

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.

   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**    **Notes receivable**<br>Description (include name of obligor) | |
| **72.**    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**    **Interests in insurance policies or annuities** | |
| **74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Claim against AllKat & PDP Holdings for Conversion, Failure to Pay Subcontractors, Breach of Contract, Fraud, and Other Legal Theories | Unknown |
|    **Nature of claim** | |
|    **Amount requested**      $0.00 | |
| Claim against Eat The Frog Fitness re: Abitreation Appeal and Other Legal Theories | Unknown |
|    **Nature of claim** | |
|    **Amount requested**      $0.00 | |
| **76.**    **Trusts, equitable or future interests in property** | |
| **77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>East the Frog Fitness's Gym Equipment - Believe to be Abandoned | $2,500.00 |

| **78.**    **Total of Part 11.** | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | $2,500.00 |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor    South Regency Shops, LLC
          _____
          Name

Case number *(If known)* _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor ___South Regency Shops, LLC_____     Case number *(If known)*_____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,847.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $810,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,347.19 | + 91b. $810,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $817,347.19 |

**Fill in this information to identify the case:**

Debtor name    South Regency Shops, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   Johnson County Treasurer's Office
Creditor's Name

111 S. Cherry Ste 1500
Olathe, KS 66061
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Union Bank and Trust Company
2. Sonal Bhoot
3. Johnson County Treasurer's Office

**Describe debtor's property that is subject to a lien**
Shopping Complex 9296 Metcalf Avenue, Overland Park, Kansas

**Describe the lien**
2024 Real Estate Taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $10,438.29    Column B: $810,000.00

**2.2**   Sonal Bhoot
Creditor's Name

14109 Overbrook Road, Suite A
Overland Park, KS 66224
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Shopping Complex 9296 Metcalf Avenue, Overland Park, Kansas

**Describe the lien**
Second Mortgage (to be treated as an unsecured claim)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No

Column A: $561,000.00    Column B: $810,000.00

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

| Debtor | South Regency Shops, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

1/21/2022
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. Specified on line 2.1 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Union Bank and Trust Company | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
$675,000.00      $810,000.00

11460 Tomahawk Creek Pkwy., #1
Leawood, KS 66211

Shopping Complex 9296 Metcalf Avenue, Overland Park, Kansas

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/20/2022
**Last 4 digits of account number**
6601

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. Specified on line 2.1 | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,246,438.29 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| Union Bank and Trust Company 3643 S 48th Streeet Lincoln, NE 68506 | Line  2.3 | |

---

**Fill in this information to identify the case:**

Debtor name  South Regency Shops, LLC

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| American Arbitration Association<br>120 Broadway<br>New York, NY 10271 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  Services Provided | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
| Bank of America<br>Attn: Bankruptcy<br>PO Box 660441<br>Dallas, TX 75266-0441 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  Credit Card Purchases | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $969,782.82 |
| Belle Vie Fitness, LLC<br>d/b/a Eat the Frog Fitness<br>3805 SW Clarion Park Drive<br>Topeka, KS 66610 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  Arbitration Award | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,443.69 |
| Block & Company, Inc.<br>605 West 14th Street, Suite 200<br>Kansas City, MO 64112 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** _ | Basis for the claim:  Services Provided re: District One Athletics, LLC | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   South Regency Shops, LLC
_____
         Name                                          Case number (if known) _____

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,632.01 |

Block & Company, Inc.
605 West 14th Street, Suite 200
Kansas City, MO 64112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided re: Belle Vie Fitness, LLC d/b/a Eat the Frog Fitness

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,540.28 |

Commercial Doors Inc.
7553 Spruce Avenue
Kansas City, MO 64132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,369.19 |

Evergy Inc
PO Box 11739
Kansas City, MO 64138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Service

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,314.62 |

Evergy Inc
PO Box 11739
Kansas City, MO 64138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Service

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,500.00 |

Expressions Investment Property
Management Co.
PO Box 24193
Overland Park, KS 66283

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,660.00 |

Heating and Cooling Services
Attn: Omar Rodriguez
2509 Layfayette Avenue
Kansas City, KS 66104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28,995.00 |

Hill Heating and Cooling, LLC
904 East Loula Street, B
Olathe, KS 66061

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Services Provided

Is the claim subject to offset? ■ No ☐ Yes

Debtor    South Regency Shops, LLC
_____    Case number (if known) _____
          Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $691.07 |

**3.12** Nonpriority creditor's name and mailing address

JR & CO., Inc. - Missouri
1201 West 31st Street
Kansas City, MO 64108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$691.07

---

**3.13** Nonpriority creditor's name and mailing address

Lentell Law Firm
9233 Ward Parkway
Kansas City, MO 64114

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$15,524.00

---

**3.14** Nonpriority creditor's name and mailing address

Lexitas
PO Box 734298
Dept. 2023
Dallas, TX 75373-4298

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$2,520.20

---

**3.15** Nonpriority creditor's name and mailing address

Murphy Law
Corporate Woods, Building 84
10801 Mastin Street, Suite 790
Overland Park, KS 66210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$148,578.76

---

**3.16** Nonpriority creditor's name and mailing address

Planet Depos
PO Box 791571
Baltimore, MD 21279-1571

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$1,726.90

---

**3.17** Nonpriority creditor's name and mailing address

Rodina Company, Inc.
1204 North 59th Street
Kansas City, KS 66102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ☐ No ☐ Yes

$14,200.00

---

**3.18** Nonpriority creditor's name and mailing address

Sebastian Rivas Contractor
6519 Claremont Avenue
Kansas City, MO 64133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

$9,088.00

---

| Debtor | South Regency Shops, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

Stephen P. Maslan & Company
8011 Paseo, Suite 201
Kansas City, MO 64131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Engineering & General Contracting

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,355.00 |
|---|---|---|---|

Woodworth Snow, LLC
7200 West 132nd Street
Suite 320
Overland Park, KS 66213

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bank of America Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Evergy Inc<br>PO Box 219330<br>Kansas City, MO 64121-9330 | Line 3.8<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Harris and Harris<br>111 West Jackson Blvd<br>Suite 400<br>Chicago, IL 60604 | Line 3.7<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Lathrop & Gage<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108 | Line 3.3<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,331,921.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,331,921.54 |

**Fill in this information to identify the case:**

Debtor name: South Regency Shops, LLC

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | The Debtor is renting a suite at its building to Cabinet IQ | |
| | State the term remaining | | Cabinet IQ |
| | List the contract number of any government contract | | 9296 Metcalf Avenue, Suite B<br>Overland Park, KS 66212 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | The Debtor is renting a suite at its building to District One Athletics | |
| | State the term remaining | Lease Expires 2/14/2027 | District One Athletics |
| | List the contract number of any government contract | | 9296 Metcalf Avenue, Suite A<br>Overland Park, KS 66212 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Property Management Contract | |
| | State the term remaining | | Expressions Investment Property Management Co. |
| | List the contract number of any government contract | | PO Box 24193<br>Overland Park, KS 66283 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | The Debtor is renting storage space. | |
| | State the term remaining | | Storage Mart |
| | List the contract number of any government contract | | 6801 West 91st Street<br>Overland Park, KS 66212 |

**Fill in this information to identify the case:**

Debtor name _____ South Regency Shops, LLC

United States Bankruptcy Court for the: _____ DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | BNB Design | Attn: Kit Bolling<br>115 North Nettleton<br>Bonner Springs, KS 66012 | Commercial Doors Inc. | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.2 | PDP Holdings, Inc. | d/b/a Allcat Construction Services<br>705-B SE Melody Lane<br>Lees Summit, MO 64063 | Hill Heating and Cooling, LLC | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.3 | PDP Holdings, Inc. | d/b/a Allcat Construction Services<br>705-B SE Melody Lane<br>Lees Summit, MO 64063 | Commercial Doors Inc. | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.4 | PDP Holdings, Inc. | d/b/a Allcat Construction Services<br>705-B SE Melody Lane<br>Lees Summit, MO 64063 | Stephen P. Maslan & Company | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

Debtor   South Regency Shops, LLC                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.5 | PDP Holdings, Inc. | d/b/a Allcat Construction Services 705-B SE Melody Lane Lees Summit, MO 64063 | Rodina Company, Inc. | ☐ D _____ ■ E/F  3.17 ☐ G _____ |
|------|------|------|------|------|
| 2.6 | PDP Holdings, Inc. | d/b/a Allcat Construction Services 705-B SE Melody Lane Lees Summit, MO 64063 | Sebastian Rivas Contractor | ☐ D _____ ■ E/F  3.18 ☐ G _____ |
| 2.7 | Rodina Company, Inc. | 1204 North 59th Street Kansas City, KS 66102 | Heating and Cooling Services | ☐ D _____ ■ E/F  3.10 ☐ G _____ |
| 2.8 | Veeral Bhoot | Veeral Bhoot Rev Trust PO Box 24193 Overland Park, KS 66283 | Bank of America | ☐ D _____ ■ E/F  3.2 ☐ G _____ |
| 2.9 | Veeral Bhoot | Veeral Bhoot Rev Trust PO Box 24193 Overland Park, KS 66283 | Murphy Law | ☐ D _____ ■ E/F  3.15 ☐ G _____ |
| 2.10 | Alexander Baird | 19573 West 116th Street Olathe, KS 66061 | District One Athletics | ☐ D _____ ☐ E/F _____ ■ G  2.2 |
| 2.11 | Avery Parker | 1913 East 152nd Terrace Olathe, KS 66062 | District One Athletics | ☐ D _____ ☐ E/F _____ ■ G  2.2 |

Debtor __South Regency Shops, LLC__    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.12 | Ki'anie Brooks | 22028 West 124th Place<br>Olathe, KS 66061 | District One Athletics | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |
| 2.13 | Ralph & Brittney<br>Johnson | 8100 Haskins Street<br>Lenexa, KS 66215 | Cabinet IQ | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    South Regency Shops, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     810,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     7,347.19

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     817,347.19

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     1,246,438.29

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     1,331,921.54

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b       $     2,578,359.83

**Fill in this information to identify the case:**

Debtor name    South Regency Shops, LLC

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 8, 2025     **X** /s/ Veeral Bhoot
_____
Signature of individual signing on behalf of debtor

Veeral Bhoot
_____
Printed name

Managing Member
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    South Regency Shops, LLC

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $16,439.00 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other  _____ | $143,043.03 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other  _____ | $21,665.25 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
|---|---|---|---|

Debtor  South Regency Shops, LLC

Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Union Bank and Trust Company<br>11460 Tomahawk Creek Pkwy., #1<br>Leawood, KS 66211 | Monthly Payments of $4,331.44 | $12,994.32 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. American Arbitration Association<br>120 Broadway<br>New York, NY 10271 | 12/17/2024 | $15,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. Johnson County Treasure's Office<br>111 S. Cherry Ste 1500<br>Olathe, KS 66061 | 12/20/2024 | $10,438.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Property Taxes_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor  South Regency Shops, LLC                    Case number *(if known)*

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**  **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Vandalism Claim, report filed with the police department.  The Debtor believes that PDP Holdings Contractor vandalized the property. | Debtor received $16,000 in insurance proceeds. | 8/01/2023 | $65,000.00 |

**Part 6:**  **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Evans and Mullinix PA 7225 Renner Rd  Ste 200 Shawnee, KS 66217-3043 | UCC Search Fee, Filing Fee, & Attorney Fees | 2/08/2025 - $26,738.00 | $26,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    South Regency Shops, LLC            Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    South Regency Shops, LLC                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Storage Mart<br>6801 West 91st Street<br>Overland Park, KS 66212 | The Debtor's Principal and Sebastian Rivas, Contractor | East the Frog Fitness's Gym Equipment - Disputed and Believe to be Abandoned | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Belle Vie Fitness, LLC<br>d/b/a Eat the Frog Fitness<br>3805 SW Clarion Park Drive<br>Topeka, KS 66610 | Storage Mart<br>See Schedule G | East the Frog Fitness's Gym Equipment - Disputed and Believe to be Abandoned | $2,500.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Cabinet IQ<br>9296 Metcalf Avenue, Suite B<br>Overland Park, KS 66212 | | Tenant Deposit | $4,550.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| District One Athletics<br>9296 Metcalf Avenue, Suite A<br>Overland Park, KS 66212 | | Tenant Deposit | $7,379.33 |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

| Debtor | South Regency Shops, LLC | Case number *(if known)* | |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | BridgeBuilder Tax + Legal Services, PA 9325 Pflumm Road Lenexa, KS 66215 | 1/01/2022 - Present |

Debtor   South Regency Shops, LLC                    Case number *(if known)*_____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sonal Bhoot | Sonal Bhoot Rev Trust 14109 Overbrook Road, Suite A Overland Park, KS 66224 | Member | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Veeral Bhoot | Veeral Bhoot Rev Trust | Managing Member | 99% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    South Regency Shops, LLC                          Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    South Regency Shops, LLC _____    Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 8, 2025 _____

/s/ Veeral Bhoot _____    Veeral Bhoot _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court
## District of Kansas

In re  South Regency Shops, LLC _____

                                     Debtor(s)

Case No. _____

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................... $ _____ Hourly

    Prior to the filing of this statement I have received ..................... $ _____ 25,000.00

    Balance Due ........................................................................ $ _____ Hourly

2.  $ 1,738.00 of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings, reaffirmations and redemptions.

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____    /s/ Colin N. Gotham

*Date*    Colin Gotham KS#19538; MO#52343
    *Signature of Attorney*
    Evans & Mullinix, P.A.
    7225 Renner Road, Suite 200
    Shawnee, KS 66217
    (913) 962-8700  Fax: (913) 962-8701
    cgotham@emlawkc.com
    *Name of law firm*

Alexander Baird
19573 West 116th Street
Olathe, KS 66061

American Arbitration Association
120 Broadway
New York, NY 10271

Avery Parker
1913 East 152nd Terrace
Olathe, KS 66062

Bank of America
Attn: Bankruptcy
PO Box 660441
Dallas, TX 75266-0441

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886-5796

Belle Vie Fitness, LLC
d/b/a Eat the Frog Fitness
3805 SW Clarion Park Drive
Topeka, KS 66610

Block & Company, Inc.
605 West 14th Street, Suite 200
Kansas City, MO 64112

BNB Design
Attn: Kit Bolling
115 North Nettleton
Bonner Springs, KS 66012

Cabinet IQ
9296 Metcalf Avenue, Suite B
Overland Park, KS 66212

Commercial Doors Inc.
7553 Spruce Avenue
Kansas City, MO 64132

District One Athletics
9296 Metcalf Avenue, Suite A
Overland Park, KS 66212


Evergy Inc
PO Box 11739
Kansas City, MO 64138


Evergy Inc
PO Box 219330
Kansas City, MO 64121-9330


Expressions Investment Property
Management Co.
PO Box 24193
Overland Park, KS 66283


Harris and Harris
111 West Jackson Blvd
Suite 400
Chicago, IL 60604


Heating and Cooling Services
Attn: Omar Rodriguez
2509 Layfayette Avenue
Kansas City, KS 66104


Hill Heating and Cooling, LLC
904 East Loula Street, B
Olathe, KS 66061


Johnson County Treasurer's Office
111 S. Cherry Ste 1500
Olathe, KS 66061


JR & CO., Inc. - Missouri
1201 West 31st Street
Kansas City, MO 64108


Ki'anie Brooks
22028 West 124th Place
Olathe, KS 66061

Lathrop & Gage
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108


Lentell Law Firm
9233 Ward Parkway
Kansas City, MO 64114


Lexitas
PO Box 734298
Dept. 2023
Dallas, TX 75373-4298


Murphy Law
Corporate Woods, Building 84
10801 Mastin Street, Suite 790
Overland Park, KS 66210


PDP Holdings, Inc.
d/b/a Allcat Construction Services
705-B SE Melody Lane
Lees Summit, MO 64063


Planet Depos
PO Box 791571
Baltimore, MD 21279-1571


Ralph & Brittney Johnson
8100 Haskins Street
Lenexa, KS 66215


Rodina Company, Inc.
1204 North 59th Street
Kansas City, KS 66102


Sebastian Rivas Contractor
6519 Claremont Avenue
Kansas City, MO 64133


Sonal Bhoot
14109 Overbrook Road, Suite A
Overland Park, KS 66224

Stephen P. Maslan & Company
8011 Paseo, Suite 201
Kansas City, MO 64131


Storage Mart
6801 West 91st Street
Overland Park, KS 66212


Union Bank and Trust Company
11460 Tomahawk Creek Pkwy., #1
Leawood, KS 66211


Union Bank and Trust Company
3643 S 48th Streeet
Lincoln, NE 68506


Veeral Bhoot
Veeral Bhoot Rev Trust
PO Box 24193
Overland Park, KS 66283


Woodworth Snow, LLC
7200 West 132nd Street
Suite 320
Overland Park, KS 66213

# United States Bankruptcy Court
## District of Kansas

In re    South Regency Shops, LLC                                    Case No. _____
                                              Debtor(s)              Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    February 8, 2025                              /s/ Veeral Bhoot
                                                      Veeral Bhoot/Managing Member
                                                      Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    South Regency Shops, LLC                    Case No. _____

Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sonal Bhoot<br>Sonal Bhoot Rev Trust<br>14109 Overbrook Road, Suite A<br>Overland Park, KS 66224 | | 1% | Member |
| Veeral Bhoot<br>Veeral Bhoot Rev Trust<br>PO Box 24193<br>Overland Park, KS 66283 | | 99% | Managing Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 8, 2025              Signature    /s/ Veeral Bhoot
                                                    Veeral Bhoot

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re   South Regency Shops, LLC

Case No. _____

Debtor(s)

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   South Regency Shops, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

February 8, 2025

Date

/s/ Colin Gotham

Colin Gotham KS#19538; MO#52343

Signature of Attorney or Litigant

Counsel for   South Regency Shops, LLC

Evans & Mullinix, P.A.

7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700 Fax:(913) 962-8701
cgotham@emlawkc.com